538 U.S. 1065
 AGUILAR-MARTINEZ
v.
UNITED STATES.
AMAYA-RAMOS, AKA RAMOS, AKA AMAYA, AKA LOPEZ
v.
UNITED STATES.
AVILA-ROJAS
v.
UNITED STATES.
LEDEZMA-RUIZ, AKA LEDESMA-RUIZ
v.
UNITED STATES.
MORENO-SANTANA
v.
UNITED STATES.
NAVARRO-RODRIGUEZ
v.
UNITED STATES.
PALENCIA-RAMIREZ
v.
UNITED STATES and
SALAS-MATA
v.
UNITED STATES.
 No. 02-10291.
 Supreme Court of United States.
 May 27, 2003.
 
 1
 CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.
 
 
 2
 C. A. 9th Cir. Certiorari denied. Reported below: 54 Fed. Appx. 670 (seventh judgment).